**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**UNITED STATES OF AMERICA**

VS.     CASE NO: 2:11-cr-38-FtM-36DNF

**JERRY J. WILLIAMS**

_____

**ORDER**

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Douglas N. Frazier, filed on March 11, 2013 (Doc. 113). In the Report and Recommendation, the Magistrate Judge recommends that the Court deny the Motion for Leave of Court to Take Videotaped Deposition of a Prisoner ("Motion for Leave") (Doc. 111) filed by non-parties Neapolitan Enterprises, LLC and Joan F. Tobin and Barbara Z. Walker, as Co-Trustees for the Trust Created for the Benefit of Joan F. Tobin under Article 7 of the Will of Dorette K. Fleischmann, Deceased ("Movants"), as not properly before this Court. No party has objected to the Report and Recommendation and the time to do so has expired.

The Court is in agreement with the Magistrate Judge that the Motion for Leave is not properly before this Court, as the issue of whether the Movants may depose Mr. Williams in their civil case in state court is not a matter for this Court to decide. Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 113) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. The Motion for Leave of Court to Take Videotaped Deposition of a Prisoner (Doc. 111) filed by non-parties Neapolitan Enterprises, LLC and Joan F. Tobin and Barbara Z. Walker, as Co-Trustees for the Trust Created for the Benefit of Joan F. Tobin under Article 7 of the Will of Dorette K. Fleischmann, Deceased, is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on April 8, 2013.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
United States Magistrate Judge Douglas N. Frazier